[No. 5797–1.   Division One.   August 21, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY ROGER BOUCHARD, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 9546, Jack S. Kurtz, J., entered June 17, 1977. *Affirmed* by unpublished opinion per James, J., concurred in by Andersen and Dore, JJ.

[No. 2900–2.   Division Two.   August 22, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. REUBEN TILLMAN SMILEY, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 4896, Dale M. Nordquist, J., entered May 13, 1977. *Affirmed* by unpublished opinion per Callow, J., concurred in by Reed, A.C.J., and Petrie, J.

[No. 2883–2.   Division Two.   August 24, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. LONNIE MASSEY, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 50238, James V. Ramsdell, J., entered April 22, 1977. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Reed, J.